**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Raekwon Malik Ellerbe, Appellant.

Appellate Case No. 2023-001563

―――――――――

Appeal From Chesterfield County
Michael S. Holt, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2026-UP-133
Submitted March 19, 2026 – Filed March 25, 2026

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Joanna Katherine Delany, of Columbia, and Raekwon Malik Ellerbe, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.